FRANCIS M. STANLEY v. THE STATE.

A plea in abatement, that one of the grand jurors by whom the indictment was found was not a freeholder in the State, nor a householder in the county, at the time of impanneling the grand jury, or at the finding of the indictment, is good.

Appeal from Red River. Tried before the Hon. William S. Todd.

Indictment for gaming. Plea in abatement, sworn to, that James W. Sims, one of the grand jurors who found the bill of indictment in this case, was not, at the time of impanneling said grand jury, or at the finding of said bill of indictment, a freeholder in the State or a householder in the county of Red River. Demurrer to plea sustained. Conviction and appeal.

*J. A. N. Murray*, for appellant.

*Attorney General*, for appellee, acknowledged the judgment was erroneous.

WHEELER, J. Upon the authority of the cases of the State v. Foster, (9 Tex. R. 65,) Jackson v. The State, (11 Tex. R. 261,) and Vanhook v. The State, (12 Id. 252,) it must be held that the incompetency of one of the grand jury that found the indictment was well pleaded in abatement. The Court therefore erred in sustaining the demurrer to the plea ; for which the judgment must be reversed and the case remanded.

Reversed and remanded.